UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

              Plaintiff,

- against -

ARMCHAIR EXPERT, LLC,

              Defendant.

22-cv-10497 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On February 14, 2023, this Court entered an Order extending the time for the defendant to respond to the complaint to February 28, 2023, and directing the plaintiff to move by order to show cause for a default judgment by March 10, 2023, if the defendant failed to respond to the complaint. ECF No. 6.

The defendant has not responded to the complaint, and the plaintiff has not moved for a default judgment. The time for the plaintiff to move for a default judgment by order to show cause is extended to **April 7, 2023**. If the plaintiff fails to file the order to show cause by that date, this case will be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           March 21, 2023

                                        John G. Koeltl
                                  United States District Judge