UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS,

        Plaintiff,

- against -

ARMCHAIR EXPERT, LLC,

        Defendant.

22-cv-10497 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On March 21, 2023, this Court entered an Order directing the plaintiff to move for a default judgment by April 7, 2023. The plaintiff was cautioned that if the plaintiff did not move for a default judgment by that date, the case would be dismissed for failure to prosecute.

    The plaintiff has failed to move for a default judgment, and the date to move for a default judgment has long passed. Accordingly, this case is **dismissed without prejudice** for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
           May 23, 2023

                                         John G. Koeltl
                                  United States District Judge